IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Gabryelle Daniels,<br>*in the interest of D O. (a minor)*,<br><br>　　　　Plaintiff,<br>v.<br><br>Chasity Velequez, Detective/Special Victims, et al.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§ Civil Action No. H-25-605<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Memorandum and Recommendation (docket no. 33) dated August 20, 2025, and Plaintiff, Gabryelle Daniels' objections (docket no. 35) and concludes that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Gabryelle Daniels' Motion to Dismiss her claims against Defendant Wesley Stafford (docket no. 30) is **GRANTED** and those claims are **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(a)(1).

It is further **ORDERED** that Defendant City of Houston's Motion to Dismiss (docket no. 17), Defendant Chasity Velasquez' Motion to Dismiss (docket no. 19), Defendant Dionne McCloud's Motion to Dismiss (docket no. 20) and Defendant John Colburn's Motion to Dismiss (docket no. 21) are all **GRANTED** and all claims against those Defendants are **DISMISSED**

**WITHOUT PREJUDICE for lack of subject-matter jurisdiction**.

**SIGNED** at Houston, Texas, on this the 29th day of August, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE