United States District Court
Southern District of Texas
**ENTERED**
August 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Gabryelle Daniels, *in the interest of D.O (a minor)*, | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-25-605 |
| | § | |
| Chasity Velequez, Detective/Special Victims, et al., | § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's Memorandum and Recommendation, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Gabryelle Daniels' claims against Defendants, Wesley Stafford, the City of Houston, Chasity Velasquez, Dionne McCloud and John Colburn are **DISMISSED WITHOUT PREJUDICE.**

Plaintiff shall **TAKE NOTHING** on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 29th day of August, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE